UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:25-CR- |
| v. | : | (JUDGE         ) |
| **JASON LEE WHITE**, Defendant | : | |

## INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

Beginning on an unknown date but at least by in or about January 2023, and continuing until on or about November 10, 2023, in York County, in the Middle District of Pennsylvania, the defendant,

**JASON LEE WHITE**,

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including numerous images and videos, that were shipped or transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the charged offense, the defendant,

**JASON LEE WHITE,**

shall forfeit to the United States:

a. Any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be

used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 2253(a)(2).

JOHN C. GURGANUS
Acting United States Attorney

_____  _____
CHRISTIAN T. HAUGSBY                  Date
Assistant United States Attorney

*Signed: Christian T. Haugsby*   *Date: August 25, 2025*